# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133295

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                 SC: 133295
                                                 COA: 274849
                                                 Genesee CC: 06-018000-FC

DENNIS WAYNE VAN CLEVE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 18, 2007 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

l0723